CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V WORLD DISCOVERER, *in rem*, and ) <br> DISCOVERER REEDEREI GMBH and ) <br> PATRICIAN CRUISES, LTD., *in personam*, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. 03-00014 <br><br> **VERIFIED COMPLAINT *IN PERSONAM* WITH MARITIME ATTACHMENT FOR BREACH OF CONTRACT AND *IN REM* TO ENFORCE MARITIME LIEN; VERIFICATION; EXHIBITS A & B** |

Plaintiff alleges as follows:

1. This is an admiralty and maritime claim within the meaning of Federal Rule of Civil Procedure 9(h). Jurisdiction is vested in this Court pursuant to Supplemental Rule B for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333.

2. Plaintiff Columbia Shipmanagement Ltd. is a corporation organized and existing under the laws of Cyprus.

3. The vessel M/V WORLD DISCOVERER is a United Kingdom flag vessel, and will be within the navigable waters of the United States and within the jurisdiction of this Court on May 23 and 24, 2003.

3153357-1.000901-00030

4. Upon information and belief, Defendant Discoverer Reederei GmbH is the manager of M/V WORLD DISCOVERER, and is incorporated under the laws of Germany with an address or principal place of business as Marcusallee 9, D-28359 Bremen, Germany.

5. Upon information and belief, Defendant Discoverer Reederei GmbH is the agent for Patrician Cruises, Ltd., owner of M/V WORLD DISCOVERER, and Society Expeditions Ltd., charterer of M/V WORLD DISCOVERER.

6. Upon information and belief, Defendant Patrician Cruises, Ltd. owns M/V WORLD DISCOVERER and is the disclosed principal of Defendant Discoverer Reederei GmbH.

## ALLEGATIONS COMMON TO ALL COUNTS

7. On or about April 1, 2002, under a "Crewing Contract on Disbursement Basis" (the "Contract"), Plaintiff contracted with Defendants to supply the Vessel with crewmembers. See Exhibit A.

8. The Contract is a maritime contract, and under such Contract, Defendants agreed to refund to Plaintiff any and all expenses incurred by Plaintiff, such as crew wages, uniforms, training, and insurance, and also to pay to Plaintiff the monthly agreed fee for the supply of the crewmembers.

9. Defendants have failed to pay Plaintiff for said expenses. As a result, there is now due and owing to Plaintiff the sum of USD$425,628.33 plus EURO$548,577.75[1] (which at today's exchange rate is USD$640,370.38) for a total claim of USD$1,065,998.61.

10. Defendants are legally and contractually obligated to pay Plaintiff for such sums.

---

[1] Because the crew consist of both Europeans and Philippine citizens, part of the owed wage is in U.S. Dollars, and the other part is in Euro currency.

11. A demand has been duly made for said sums, and has not been responded to. See Exhibit B.

## COUNT I - BREACH OF CONTRACT

12. Plaintiff realleges and incorporates the allegations of paragraphs 1 through 11.

13. Plaintiff has performed all of its obligations under the maritime Crewing Contract. Defendants have breached the maritime Contract by failing to reimburse and pay Plaintiff.

14. As a result, Plaintiff is entitled to recover the outstanding balance.

15. Despite a diligent search, Defendants cannot be located within this District, but assets of Defendants are located within this District and within the jurisdiction of this Court, in the form of M/V WORLD DISCOVERER. This property may be attached pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure and sold to satisfy the claim herein. See Affidavit that Defendants Discoverer Reederei GmbH and Patrician Cruises, Ltd. Cannot be Found Within the District.

## COUNT II - MARITIME LIEN

16. Plaintiff realleges and incorporates the allegations of paragraphs 1 through 15.

17. Since April 1, 2002, under the maritime Contract, Plaintiff supplied Defendants with crewmembers, and Defendants agreed to refund to Plaintiff the expenses incurred in relation to supplying Defendants with crewmembers, as well as an agreed fee for supplying crewmembers.

3153357-1.000901-00030                3

Case 1:03-cv-00014    Document 1    Filed 05/22/2003    Page 3 of 18

18. The maritime Contract is governed by English law, which recognizes a breach of a crew supply contract as a statutory maritime lien and crew wages as a maritime lien, and further that Plaintiff stands in the shoes of crew members for unpaid crew wages in asserting a claim for a maritime lien.

19. The reasonable unpaid value of said services which Defendant agreed to pay Plaintiff includes the sum of $1,065,998.61.

20. Defendants have failed to reimburse Plaintiff for such expenses or to pay the monthly fees for the crew wages.

21. As a result of Defendants' failure to pay, Plaintiff has a maritime lien on M/V WORLD DISCOVERER and by this action seeks enforcement and foreclosure of the lien to satisfy the vessel's debt.

WHEREFORE Plaintiff prays:

1. That process in due form of law pursuant to this Court's Admiralty and Maritime Jurisdiction issue against the M/V WORLD DISCOVERER;

2. That if Defendants cannot be found within this District, as stated in the Affidavit that Defendants Discoverer Reederei GmbH and Patrician Cruises, Ltd. Cannot be Found Within the District, that all of their property within this District be attached as set forth in this Complaint, with interest and costs;

3. That the Court enter judgment against Defendants for the amount of Plaintiff's damages, together with interest and costs;

4. That pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure, process of maritime attachment and garnishment issue against M/V WORLD DISCOVERER;

5. That the maritime lien be declared to be valid and in the amount of $1,065,998.61, such lien to be prior and superior to the interest, maritime and non-maritime liens or claims of any and all persons, firms or corporations whatsoever;

6. That Plaintiff recover from Defendant Discoverer the amounts owing Plaintiff, with respect to all contracts, together with accrued and accruing interest thereon; and

7. That Plaintiff have such other and further relief as it may be entitled to receive.

DATED this 22nd day of May 2003.

CARLSMITH BALL LLP

*/s/ Elyze McDonald/*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Columbia Management Ltd.

## VERIFICATION

GUAM U.S.A.              )
                         ) ss:
Municipality of Hagåtña  )

I, ELYZE McDONALD, being duly sworn, depose and say:

1. I am the attorney for Columbia Shipmanagement Ltd., the plaintiff in the above-entitled action.

2. I have read the foregoing complaint and know the contents thereof, and such contents are true and correct to the best of my knowledge, information, and belief.

3. The sources of my knowledge, information, and belief as to such matters are information and documents furnished to me by Plaintiff and its officers.

4. I make this verification as attorney for Plaintiff Columbia Shipmanagement Ltd. because Plaintiff is a corporation and none of its officers is now available in this territory to verify said Complaint and I am duly authorized to verify this complaint.

Further the Affiant sayeth naught.

DATED this 22nd day of May 2003.

*[signature]*
ELYZE McDONALD

SUBSCRIBED AND SWORN to before me, this 22nd day of May 2003, personally appeared ELYZE McDONALD.

*[signature]*
NOTARY PUBLIC

JUNE MARIE CRUZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 8, 2006
#456 Chalan Canton Tutujan, Sinajana, Guam 96910



# COLUMBIA SHIPMANAGEMENT LTD.

# M/V WORLD DISCOVERER

## Crewing Contract on Disbursement Basis

## dated 1st April 2002

Last Revision: November 2000
MD 702-Dir



Quality Management
Cert. No. QS-04/98 HH
Columbia's Quality System
meets the requirements
of ISO 9002 and
IMO ISM - Code

COLUMBIA HOUSE
DODEKANISON STR., 4043 LIMASSOL / P.O.Box 53624, 3507 LIMASSOL - CYPRUS
TEL.: +(357) 25843100, 25320900, FAX: +(357) 25320325, TLX: 3205/3206 CSM CY
E-Mail: shipmanagement@csmcy.com  Website: www.columbia.com.cy
Hamburgische Landesbank - BLZ 200 500 00 DM 669 770/000 US $ 669 770/004
Berenberg Bank - BLZ 201 200 00 DM 20572 004 US $ 5 20572 009
Vereins und Westbank - BLZ 200 300 00 DM 1 05 15682 US $ 9 10 044400

A private company registered in Cyprus, No. 52937
Registered office: Dodekanison Str., Columbia House, Limassol



BETWEEN

1. **Discoverer Reederei GmbH**

    **Marcusallee 9,**

    **D-28359 Bremen, Germany**

    – Duly represented by its General Manager – **Mr. Hanns Zuchold**

    – Hereinafter referred to as "the Manager" -

                                    and

2. **Columbia Shipmanagement Ltd**
   **Columbia House, Dodekanison Street**
   **Limassol/Cyprus**

    – duly represented by its Managing Director, **Mr. Dirk Fry**

    – hereinafter referred to as "Columbia" –

WHEREAS

The Manager is acting as agent for

- Patrician Cruises Ltd, owner,
  and
- Society Expeditions Ltd, charterer,

Of the Passenger Ship **M/V WORLD DISCOVERER**, trading under the flag of United Kingdom

- hereinafter referred to as "the Vessel" -

AND

- The Manager requests a complement of Captain and crewmembers for the Vessel, employed by Columbia, and

- Columbia is willing to supply such crewmembers subject to the terms and conditions of this Contract.



IT IS NOW ON THIS FIRST DAY OF APRIL 2002
AGREED BETWEEN COLUMBIA AND THE MANAGER AS FOLLOWS:

### Article I
### Obligations of Columbia

1. Columbia herewith undertakes to supply the Vessel with crewmembers as per **Annex 2** hereto.
   Such crewmembers shall be employed and paid for by Columbia.

2. Prior to embarkation, all crewmembers supplied by Columbia shall have satisfactorily passed a medical examination of a qualified doctor in Columbia's choice certifying that they are unrestrictedly fit for the duties which they shall perform on board of the Vessel.

3. Columbia shall see to it that officers and engineers supplied by Columbia shall be fully licensed in accordance with the applicable regulations of the state, the flag of which the Vessel flies.

4. Columbia shall see to it that all crewmembers shall be in satisfactory command of the English language in speaking and writing.

### II.
### Obligations/Warranties of the Manager

1. The Manager warrants that the Vessel shall be kept throughout the duration of this Contract in a completely seaworthy state.

3



2.  The Manager warrants that the Vessel shall, in accordance with the duration of this Contract, comply with all International and national regulations concerning the safety of the personnel on board, their health and their accommodation.

3.  The Manager shall refund to Columbia any and all expenses incurred by Columbia as further enumerated in Annex 1 hereto and also pay to Columbia the monthly agreed fee for the supply of the crewmembers as contained in **Annex 2** hereto.

4.  The Manager shall make monthly on-account-payments on the expenses and pay the fees due on the first banking day of each month - free of all expenses and bank charges - to the following account of Columbia:

    > Berenberg Bank
    > Hamburg, Germany
    > BLZ 201 200 00, Swift Cod: BEGODEHH
    > USD Account No. 5 20572 140
    > EURO Account No. 20572 145
    > Acc.name : CSM-Discoverer

    Any differences between the on-account-payment and the refundable monthly expenses are debited/credited to the Manager's account with Columbia. Any debit at the end of each month is due to be refunded to Columbia latest by the last banking day of the following month.

5.  The Manager shall inform Columbia prior to ordering the Vessel to any area excluded by war risk underwriters by virtue of the current London market war risks trading warranties and pay whatever additional costs may properly be incurred by the Crew Managers as a consequence of such orders including, if necessary, the costs of replacing the crew. Any delays resulting from the negotiation with or replacement of the crew as a result of the Vessel being

4



ordered to a war zone shall be for the Manager's account.

6. The Manager shall procure throughout the period of this Agreement:

   i. at the Manager's expense, that the Vessel is insured for not less than her sound market value or entered for her full gross tonnage, as the case may be for:
      (a) usual hull and machinery risks (including crew negligence) and excess liabilities
      (b) protection and indemnity risks, including pollution risk, and diversion expenses (but excluding crew risks if separately insured by Columbia, and
      (c) war risks (including protection and indemnity and crew risks) with first class insurance companies, underwriters or associations (the Manager's insurances)

   In accordance with the best practice of prudent managers of vessels of similar type to the Vessel

   ii all premiums and calls on the Manager's insurances are paid promptly by their due date

   iii the Manager's insurances name Columbia and, subject to underwriter's agreement, any third party designated by Columbia as joint assured, with full cover, with the Manager, obtaining cover in respect of each of the insurances specified in (a) to (c) above:
      (a) on terms such that neither Columbia nor any such third party shall be under any liability in respect of premium or cause arising with the Manager's insurances; or



    (b)    if reasonably obtainable, on terms such that neither Columbia nor any such third party shall be under any liability in respect of premiums or calls arising in connection with the Manager's insurances; or

    (c)    on such terms as may be agreed in writing.

iv    written evidence is provided to the reasonable satisfaction of Columbia of their compliance with their obligations under this Clause within a reasonable time of the commencement of the Agreement, and of each renewal date and, if specifically requested, of each payment date of the Manager's insurances.

## III.
## Liabilities of the Parties

1.    Columbia is liable for negligence in the selection of the crewmembers supplied only. Columbia is not responsible for consequence of acts or omissions of any person supplied by Columbia which was not foreseeable with due diligence on the part of Columbia. The liability of Columbia is limited to an amount equivalent to twelve monthly fees.

2.    The Manager is unrestrictedly liable for any and all consequences suffered by Columbia and/or its crewmembers as a result of non-compliance of the Manager with the warranties and obligations defined sub. II. 1. and 2. above and/or which are caused by acts or omissions of the personnel supplied by the Manager, provided such persons have acted negligently.

3.    Columbia will hold the Manager free and harmless of any consequences of disputes arising from the individual employment contracts between Columbia and the crewmembers supplied by Columbia.

6



## IV.
## Duration of the Contract

1. This Contract shall come in force on the 1ˢᵀ **APRIL 2002.**

2. Each party hereto can cancel this Contract with a notice period of twelve weeks. Notices must be given in writing. The Contract then terminates four days after disembarkation of all crewmembers in the last port.

3. Columbia shall be entitled to terminate the Agreement with immediate effect by notice in writing if any monies payable by the Manager under this Agreement shall not have been received in Columbia's nominated account. Notwithstanding anything contained herein, Columbia shall in no circumstances be required to use or commit their own funds to finance the Provision of the Management Services

4. Should - due to the influence of a national and/or International Labour Organization, Columbia be demanded to accept different wages of the crewmembers supplied and should the Manager not be willing to accept the difference as an increase of the refundable expenses forthwith, then Columbia shall have the right to cancel this agreement without notice period with effect to the next port or any other suitable port for disembarkation of the personnel of Columbia's choice.

5. The Manager shall be entitled to cancel this Contract with a notice period of six weeks in writing after any one of the following occurrences:

    a) Lay-up of the Vessel
    b) Sale of the Vessel to a third party
    c) Repairs of an expected duration of over two months of the Vessel
    d) Total or total constructive loss of the Vessel

7



6. In any of the cases mentioned sub. 3 to 5. above, Columbia shall be entitled to a refund for the repatriation of the crewmembers supplied plus one monthly on-account-payment as redundancy pay.

## V.
### Exchange of Personnel, Sundries, Law, Venue

1. Should the Manager have reasoned objections to the performance of one of the members of the crewmembers supplied by Columbia, and then such objections should be presented to Columbia in writing. If they are indeed reasonable, Columbia undertakes to exchange such person without any costs to the Manager.

2. Should it be found that any clause of this Contract is considered to be invalid, and then it shall be substituted by an effective clause which economically has the same result. The arbitrators are authorized to substitute.

3. This contract shall be governed by English law. All disputes arising out of or in connection with this Contract or concerning its validity shall be finally settled by arbitration in accordance with the arbitration rules of the German Maritime Arbitration Association. The arbitration proceedings shall be held in the English language.

_____
DISCOVERER REEDEREI GMBH
As Agents

_____
COLUMBIA SHIPMANAGEMENT LTD

8



# Annex 1

### to the Crewing Contract on Disbursement Basis for M/V WORLD DISCOVERER
### dated 01/04/2002

1. The monthly crewing fee in accordance with Art. II.3. of the Contract shall be:

    **USD 94.635,-**

    (US Dollars Ninety four thousand six hundred thirty five)

    **EURO 89.355,-**

    (EURO Eighty nine thousand three hundred fifty five)

2. The refundable expenses shall include:

| | US Dollars | EURO |
|---|---|---|
| Wages Philippino Crew | 60.465 | |
| Wages European Crew | | 78.060 |
| Uniforms | 1.500 | 495 |
| Training | 1.395 | |
| Provision for Replacements | 15.000 | 9.900 |
| Crewing agent | 1.500 | |
| Crewing agent sundries | 1.000 | |
| Accident Insurance | 2.640 | |
| Medicare | 1.500 | |
| CSM | 7.735 | |
| CSM sundries | 1.000 | |
| CSM Travel | 300 | |
| Overlap | 600 | 900 |
| TOTAL PER MONTH | 94.635,- | 89.355,- |

3. Provisions for the crewmembers are to be borne by the Manager.



# Annex 2

### to the Crewing Contract on Disbursement Basis for M/V WORLD DISCOVERER

### dated 01/04/2002

**LINE UP**

**EUROPEANS**
Master
Chief Officer
2nd Officer
3rd Officer
OS X 2
Chief Engineer
Mechanic
Hotel Manager
Purser
Receptionist X 2
Maitre'D
Steward X 8
Barkeeper
Barkeeper Asst.
Chief Cook
Chef de Partie X 3
Pastry Chef
Housekeeper
Hairdresser
Shopkeeper
Radio/Computer/TV
Nurse

Total : 33

<20. MAY. 2003 19:29  COLUMPIA SHIPMANAGEMENT LTD           NO. 1516   P. 14>



**PHILIPPINO**
Bosun
Carpenter
AB X 3
OS X 4
1st Asst. Engineer
2nd Asst. Engineer
3rd Asst. Engineer
Sr. Elect. Eng. Officer
Jr. Electrician
Mechanic X 2
Motorman X 3
Wiper
3rd Cook/Pastry X 6
Baker
Prov. Master
Laundryman X 2
GPA X 8
Busboys X 4
Deck Fitter
Ass. Cook X 2
GPA 1/Galley
Laundrymaster
Cabin Stewardess X 7
Asst. Housekeeper
GPA Garbage Worker
Bar Stwdss X 4

**Total : 60**



# COLUMBIA
## SHIPMANAGEMENT LTD.

Discoverer Reederei GmbH  
Marcusallee 9  
Postfach 34 70 13  
28339 Bremen  
Germany

Limassol, : 22 April 2003  
Our Ref : gc/aag  
Direct Tel : (357) 25843300

**Attn: Mr Hanns Zuchold**

### STATEMENT OF ACCOUNT

RE: "M/V WORLD DISCOVERER"

|  | USD | EUR |
|---|---|---|
| Balance due to our favour as per our letter 22/03/2003 | 382,412.96 | 468,340.01 |
| Less CTM: 12/03/03 |  | (35,000.00) |
| 25/03/03 | (30,000.00) |  |
| Expenses March 2003 CDNV 902/903 | 103,215.37 | 115,237.74 |
| Total | 455,628.33 | 548,577.75 |

COLUMBIA SHIPMANAGEMENT LTD

*[signatures]*

COLUMBIA HOUSE  
DODEKANISON STR., 40-49 LIMASSOL / P.O.Box 51624, 3507 LIMASSOL - CYPRUS  
TEL: +(357) 25843100, 25320900, FAX: +(357) 25320925, TLX: 3205/3206 CSM CY  
E-Mail: shipmanagement@csmcy.com  Website: www.columbia.com.cy

Hamburgische Landesbank - BLZ 200 500 00 069 770/000 US $ 669 770/004  
Berenberg Bank - BLZ 201 200 00 DM 20573 004 US $ 5 20572 009  
Vereins und Westbank - BLZ 200 300 00 DM 1 06 14682 US $ 9 10 044460

*A private company registered in Cyprus, No. 52927*  
*Registered office: Dodekanison Str., Columbia House, Limassol*

**EXHIBIT B**