ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V WORLD DISCOVERER, *in rem*, and ) <br> DISCOVERER REEDEREI GMBH and ) <br> PATRICIAN CRUISES, LTD., *in personam*, ) <br> ) <br> Defendants. ) <br> ) | CIVIL CASE NO. 03-00014 <br><br> MOTION FOR ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

### MOTION FOR ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Now comes Plaintiff Columbia Shipmanagement Ltd. and moves this Court for an Order For Issuance of Process of Attachment and Garnishment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure and Local Admiralty Rule E.3. This motion is based upon the Complaint filed herein and the accompanying Affidavit which testifies to her unsuccessful efforts to find an agent or office of the Defendants within this District.

Inasmuch as Defendant Discoverer Reederei GmbH and Defendant Vessel Owner Patrician Cruises, Ltd. cannot be found in this District, is indebted to Plaintiff for a total of $1,065,998.61, but Defendants operate and own a vessel, which is currently in this District,

3153352-1.000901-00030

Plaintiff respectfully requests that the Court grant its Motion for Order For Issuance of Process of Attachment and Garnishment.

DATED this 22nd day of May 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Columbia Management Ltd.