ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V WORLD DISCOVERER, *in rem*, and DISCOVERER REEDEREI GMBH and PATRICIAN CRUISES, LTD., *in personam*, <br><br> Defendants. | CIVIL CASE NO. 03-00014 <br><br> MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN; DECLARATION OF TIMOTHY WESTMAN; DECLARATION OF ELYZE McDONALD |

## MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN

Plaintiff Columbia Shipmanagement Ltd., pursuant to Rule E, Supplemental Rules for Certain Admiralty and Maritime Claims, and the local Admiralty Rules of the District Court of Guam, specifically LAR E.13.(a), moves this Court for an Order appointing Allied Marine Surveyors, Ltd. as substitute custodian for the M/V WORLD DISCOVERER at Guam, identified as *in rem* Defendant in the Verified Complaint filed in this case.

3153355-1.000901-00030

This motion is based on the attached declaration of the authorized representative of Allied Marine Surveyors, Ltd., Timothy Westman, the declaration of Elyze McDonald, as well as the records and files of this case.

DATED this 22nd day of May 2003.

CARLSMITH BALL LLP

*Elyze McDonald*

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Columbia Management Ltd.

## DECLARATION OF TIMOTHY WESTMAN

I, Timothy Westman, hereby declare as follows:

1. I am President of Allied Marine Surveyors, Ltd., with authority to sign this declaration on behalf of the company.

2. I make this declaration in support of the Motion for Order appointing Allied Marine Surveyors, Ltd. as substitute custodian for M/V WORLD DISCOVERER, said vessel being identified as *in rem* Defendant in the Verified Complaint filed by Plaintiff Columbia Shipmanagement Ltd. herein.

3. During the pendency of this litigation, the vessel being arrested will remain at Guam Commercial Port or, in the event of typhoon risk, at approved typhoon moorings or as otherwise instructed by appropriate governmental authorities, and otherwise not be moved without an Order of the Court, ordinary shifting at the moorings excepted.

4. All crew and passengers shall have free ingress and egress to the Vessel, subject to direction by immigration authorities, and may remain aboard pending further order of this Court.

3153355-1-000901-00030    2

Case 1:03-cv-00014    Document 3    Filed 05/22/2003    Page 2 of 5

5. During the custody of the attached Vessel, Allied Marine Surveyors, Ltd., will provide the following services: ensure fire equipment is available, provide daily inspections of the Vessel, ensure security, and employ qualified crew for all required custodial operations.

6. The substitute custodian will, at the direction of Plaintiff Columbia Shipmanagement Ltd., arrange for protection & indemnity, hull & machinery, and pollution insurance to respond in damages for loss of or damage to the Vessel and for damage sustained by any third-party due to negligence on the part of the substitute custodian or any of their employees or agents committed during said custody. The insurance will be effective when Allied Marine Surveyors, Ltd., takes possession of the vessel.

7. Custodial services will be billed at the rate of $1,435.00 per day.

This declaration is submitted pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of May 2003, at HAGATNA, Guam.

TIMOTHY WESTMAN, President
ALLIED MARINE SURVEYORS, LTD.

### DECLARATION OF ELYZE McDONALD

I, Elyze McDonald, hereby declare the following:

1. I am licensed to practice law before all courts in Guam and represent Plaintiff Columbia Shipmanagement Ltd. ("Columbia") in this case.

2. On May 22, 2003, Columbia filed a Verified Complaint against the *in rem* Defendant M/V WORLD DISCOVERER.

3. On _____, 2003 the District Court of Guam issued a Process for Maritime Attachment and Garnishment, commanding the United States Marshal to arrest and take into custody the Vessel, and detain the same in custody until further order of this Court.

4. It is expected that the United States Marshal will attach the Defendant Vessel immediately. Custody by the United States Marshal requires the services of a substitute custodian.

5. I request that Allied Marine Surveyors, Ltd., be permitted to act as substitute custodian pursuant to the Order of this Court.

6. It is expected that the Vessel will be attached at Guam Commercial Port.

7. Allied Marine Surveyors, Ltd., will accept possession of and safeguard the Vessel. Allied Marine Surveyors, Ltd., will maintain the Vessel at Guam Commercial Port or, in the event of typhoon risk, at approved typhoon moorings, or moor the Vessel as otherwise directed by governmental authorities, and otherwise not move the Vessel without an Order of the Court, routine and ordinary shifting at the moorings excepted.

8. Allied Marine Surveyors, Ltd. will ensure that all crew and passengers shall have free ingress and egress to the Vessel, subject to direction by immigration authorities and may remain aboard pending further order of this Court.

9. Upon taking possession of the Vessel, Allied Marine Surveyors, Ltd., at the direction of Columbia Shipmanagement, Ltd., will arrange for protection & indemnity, hull & machinery, and pollution insurance to respond in damages for loss of or damage to the attached Vessel and for damage sustained by any third-party due to negligence on the part of the substitute custodian or any of their employees or agents committed during said custody. The insurance will be effective when Allied Marine Surveyors, Ltd., takes possession of the Vessel.

10. I am also authorized to represent that Plaintiff Columbia Shipmanagement Ltd. agrees to release the United States and the United States Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel, from the time the United States Marshal transfers possession of the Vessel to Allied Marine Surveyors, Ltd., up through the time the Vessel is released by Court Order.

11. Allied Marine Surveyors, Ltd. will charge $1,435.00 per day for its services.

This declaration is submitted pursuant to 28 U.S.C. § 1746(2). I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May 2003, at Hagåtña, Guam.

*[signature]*
ELYZE McDONALD