CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., | ) | CIVIL CASE NO. 03-00014 |
| Plaintiff, | ) | |
| vs. | ) | **AFFIDAVIT OF ELYZE McDONALD THAT DEFENDANTS DISCOVERER REEDEREI GMBH AND PATRICIAN CRUISES, LTD. CANNOT BE FOUND WITHIN THE DISTRICT** |
| M/V WORLD DISCOVERER, *in rem*, and DISCOVERER REEDEREI GMBH and PATRICIAN CRUISES, LTD., *in personam*, | ) | |
| Defendants. | ) | |

Elyze McDonald, being first duly sworn, on oath deposes and says:

1. That I am one of the attorneys for Plaintiff Columbia Shipmanagement Ltd.

2. To my knowledge, and on information and belief, Defendants Discoverer Reederei GmbH and Patrician Cruises, Ltd. cannot be found within this District.

3. According to my research conducted with the Department of Revenue and Taxation, neither Defendant is incorporated on Guam or has a business license on Guam.

4. According to my research, neither Defendant is listed in the Guam Telephone Book.

3153359-2.000901-00030

5. According to my research, the Guam Telephone Authority has no listing for either Defendant.

6. This Affidavit is made pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and District Court of Guam Local Admiralty Rule B.

Further the Affiant sayeth naught.

DATED this 22nd day of May 2003.

_____
ELYZE McDONALD

SUBSCRIBED AND SWORN to before me, this 22nd day of May 2003, personally appeared ELYZE McDONALD.

_____
NOTARY PUBLIC

JUNE MARIE CRUZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 8, 2006
#456 Chalan Canton Tutujan, Sinajana, Guam 96910