CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V WORLD DISCOVERER, *in rem*, and DISCOVERER REEDEREI GMBH and PATRICIAN CRUISES, LTD., *in personam*, <br><br> Defendants. | CIVIL CASE NO. 03-00014 <br><br> **NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH SUPPLEMENTAL RULE B** |

### NOTICE OF REQUEST FOR REVIEW IN ACCORDANCE WITH SUPPLEMENTAL RULE B

Plaintiff Columbia Shipmanagement Ltd. pursuant to Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and the local Admiralty Rules of the District Court of Guam, specifically LAR E.3.(a), hereby requests that a judicial officer of this Court review the following pleadings, which have been either filed or lodged in this action:

1. Verified Complaint *In Personam* with Maritime Attachment for Breach of Contract and *In Rem* to Enforce Maritime Lien;

2. Motion for Order for Issuance of Process of Maritime Attachment and Garnishment; Order for Issuance of Process of Maritime Attachment and

3153350-1.000901-00030

Garnishment; Process for Maritime Attachment to the United States Marshal; Affidavit that Defendants Discoverer Reederei GmbH and Patrician Cruises, Ltd. Cannot be Found Within the District;

3. Motion For Order Appointing Substitute Custodian; Declaration Of Noel Slapp; Declaration of Elyze McDonald; Order Granting Motion to Appoint Substitute Custodian and Instructions to U.S. Marshal Service;

The substance of this application for a Rule B Maritime Attachment and Garnishment is set forth in the Verified Complaint. To summarize, under a maritime Crewing Contract on Disbursement Basis, Plaintiff has provided crewmember services to Defendants and has failed to receive payment from Defendant Discoverer Reederei GmbH and/or Defendant Patrician Cruises, Ltd. Plaintiff, in accordance with its contracts and the law, has declared the entire amount due under each contract immediately due and payable, together with all accrued interest and other amounts due and owing under the contracts and the law.

Accordingly, it is respectfully requested that upon the listed documents having been duly reviewed as required by LAR E.3.(a), process *in personam* and Rule B Attachment issue against Defendant M/V WORLD DISCOVERER as prayed for.

DATED this 22nd day of May 2003.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Columbia Management Ltd.