

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., | ) | CIVIL CASE NO. 03-00014 |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |
| M/V WORLD DISCOVERER, *in rem*, and DISCOVERER REEDEREI GMBH and PATRICIAN CRUISES, LTD., *in personam*, | ) | |
| Defendants. | ) | |

Upon reading the verified Complaint for issuance of service of process of maritime attachment and garnishment and the affidavit attached thereto, the Court finds that the conditions set forth in Supplemental Admiralty Rule B appear to exist, and it is this _____ day of MAY 2 2 2003, 2003, by the District Court of Guam.

**ORDERED** that the Clerk shall issue process of maritime attachment and garnishment as prayed for in the Complaint;

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall be entitled upon application to the Court, to a prompt

hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or any other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with the said process of maritime attachment and garnishment.

DATED: Hagåtña, Guam, MAY 2 2 2003 , 2003.

_____
THE HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam



RECEIVED
MAY 2 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM