ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.

```
                    FILED
           DISTRICT COURT OF GUAM
                 MAY 22 2003
              MARY L. M. MORAN
              CLERK OF COURT
```

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V WORLD DISCOVERER, *in rem*, and DISCOVERER REEDEREI GMBH and PATRICIAN CRUISES, LTD., *in personam*, <br><br> Defendants. | CIVIL CASE NO. 03-00014 <br><br> **PROCESS FOR MARITIME ATTACHMENT TO THE UNITED STATES MARSHAL** |

TO THE MARSHAL OF THE UNITED STATES FOR THE DISTRICT OF GUAM:

WHEREAS a Complaint has been filed against Defendants, and upon an Admiralty and Maritime Claim for Damages arising from a breach of contract and maritime lien, and praying for maritime attachment of M/V WORLD DISCOVERER, her appurtenances and apparel.

YOU ARE HEREBY COMMANDED to attach the said vessel, her appurtenances and apparel and to detain the same in your custody until further order of the Court, and to give due notice to all persons claiming the same or having anything to say as to why this process for maritime attachment should not issue;

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof.

DATED: MAY 22 2003.

> MARY L.M. MORAN
> Clerk of Court
> District Court of Guam
>
> By: _____
> DEPUTY CLERK



RECEIVED
MAY 22 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM