ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No.: 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.

FILED
DISTRICT COURT OF GUAM
MAY 22 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V WORLD DISCOVERER, *in rem*, and ) <br> DISCOVERER REEDEREI GMBH and ) <br> PATRICIAN CRUISES, LTD., *in personam*, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. 03-00014 <br><br> **ORDER GRANTING MOTION TO APPOINT SUBSTITUTE CUSTODIAN AND INSTRUCTIONS TO U.S. MARSHAL SERVICE** |

## ORDER GRANTING MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Plaintiff Columbia Shipmanagement Ltd., through its attorneys, Carlsmith Ball, having appeared and made the following recitals:

That on May 22, 2003, a Verified Complaint was filed against the *in rem* Defendant M/V WORLD DISCOVERER and against the *in personam* Defendants Discoverer Reederei GmbH and Patrician Cruises, Ltd.

On MAY 22 2003, 2003, the District Court of Guam issued process for maritime attachment and garnishment of the Vessel, commanding the United States Marshal to

attached the Vessel, her appurtenances and apparel and to detain the same in custody until further order of this Court.

It is expected that the United States Marshal will attach the Vessel immediately. Custody by the United States Marshal requires the services of a substitute custodian.

Allied Marine Surveyors, Ltd., has agreed to assume the responsibility of safekeeping the Vessels and has consented to act as custodian until further order of this Court.

Allied Marine Surveyors, Ltd., will accept, in accordance with the terms of this Order, possession of the Vessel which is the subject of the action herein, and shall maintain the same at Guam Commercial Port or, in the event of typhoon risk, at approved typhoon moorings, or moor the Vessel as otherwise directed by governmental authorities, and not otherwise move the Vessel except pursuant to an Order of this Court, routine and ordinary shifting at the moorings excepted.

All crew and passengers shall have free ingress and egress to the Vessel, subject to direction by immigration authorities, and may remain aboard pending further order of this Court.

Columbia Shipmanagement Ltd. has agreed to release the United States Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel from the time the United States Marshal transfers possession of the Vessel over to the substitute custodian, up through the time the Vessel is released or by Court Order.

THEREFORE, IT IS HEREBY ORDERED that the United States Marshal for Guam is hereby authorized and directed to surrender the possession of the Vessel to Allied Marine Surveyors, Ltd., the substitute custodian named herein, and that upon such surrender the

Marshal shall be discharged from safekeeping of the Vessel and held harmless from any and all claims arising whatsoever out of said substituted possession and safekeeping.

IT IS FURTHER ORDERED that Allied Marine Surveyors, Ltd., be, and is, hereby appointed, the custodian of the Vessel to retain the same in custody for possession and safekeeping at a rate of $1,435.00 per day, or more should the Vessel require constant operation and monitoring. In either case, the Court finds that this is a reasonable fee. As custodian, Allied Marine Surveyors, Ltd., is authorized to advance such funds as are necessary to pay items necessary for the preservation and maintenance of the Vessel during the pendency of this action. Such advances all constitute custodial costs reasonably necessary for the preservation and maintenance of the *in rem* Defendant Vessel.

IT IS FURTHER ORDERED that upon the Defendant Vessel being arrested by the United States Marshal, it shall be maintained at Guam Commercial Port for safekeeping during the pendency of this action.

DATED: Hagåtña, Guam, MAY 2 2 2003, 2003.

_____
THE HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
MAY 2 2 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM