FILED
DISTRICT COURT OF GUAM
JUL 24 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., <br><br> Plaintiff, <br><br> vs. <br><br> M/V WORLD DISCOVERER, in rem, *et al.*, <br><br> Defendants. | Civil Case No. 03-00014 <br><br><br><br> ORDER |

Due to the scheduling needs of the Court, the August 20, 2003 scheduling conference in the above-captioned case is hereby rescheduled to Wednesday, September 10, 2003 at 2:30 p.m. A proposed scheduling order and discovery plan shall be submitted no later than Wednesday, September 3, 2003.

SO ORDERED this 23rd day of July, 2003.

JOHN S. UNPINGCO
District Judge