**ORIGINAL**

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Columbia Shipmanagement Ltd.



FILED
DISTRICT COURT OF GUAM
AUG -5 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| COLUMBIA SHIPMANAGEMENT LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> M/V WORLD DISCOVERER, *in rem*, and ) <br> DISCOVERER REEDEREI GMBH and ) <br> PATRICIAN CRUISES, LTD., *in* ) <br> *personam*, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. 03-00014 <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Columbia Shipmanagement Ltd. hereby voluntarily dismisses without prejudice the above-entitled action filed against Defendants M/V World Discoverer, *in rem,* and Discoverer Reederei GmbH and Patrician Cruises, Ltd., *in personam.* Plaintiff furthermore requests that the United States Marshal return the $5,000.00 submitted by Plaintiff to the United States Marshal as a deposit to

3155111.1.000EJM-00001

*Columbia Shipmanagement Ltd., vs. M/V World Discoverer, et al.*
District Court of Guam Civil Case No. CV03-00014
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
Page 2

attach and garnish Defendant M/V WORLD DISCOVERER, which attachment and garnishment was never executed.

DATED this 30th day of July 2003.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Columbia Shipmanagement Ltd.

**ORDER**

**SO ORDERED** this  AUG - 5 2003  .

_____
THE HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RECEIVED
JUL 30 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3155111.1.000EJM-00001